```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA C. HARTER, Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    GINA T. LE
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7  Attorney for Defendant
    DONI WASHBURN
 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2: 10-MJ-0256 GGH |
|---|---|---|
| Plaintiff, | ) | AMENDED STIPULATION AND [PROPOSED] ORDER |
| v. | ) | |
| DONI WASHBURN, | ) | |
| Defendant. | ) | Date: November 3, 2010<br>Time: 9:00 a.m.<br>Judge: Hon. Gregory G. Hollows |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Matthew C. Stegman, Assistant United States Attorney, and Linda C. Harter, Chief Assistant Federal Defender, attorney for DONI WASHBURN, that the Court vacate the court trial that is set for October 13, 2010. We respectfully request that the court set the court trial for November 3, 2010 at 9:00 a.m.

At present, additional time is needed by defense to obtain documents that are pertinent to Ms. Washburn's case. The

1 parties also agree that the ends of justice served by granting
2 defendant's request for a continuance, outweigh the best
3 interest of the public and the defendant in a speedy trial,
4 because the defense requires more time to investigate and
5 negotiate a resolution.  18 U.S.C. § 3161(h)(7)(A).
6     The parties stipulate that for the purpose of computing
7 time under the Speedy Trial Act, the Court should exclude time
8 from the date of this order through November 3, 2010 for defense
9 preparation and investigation.  18 U.S.C. § 3161(h)(7)(B)(iv)
10 [Local Code T4].

Dated: October 8 , 2010
                              Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

                              /s/ Linda C. Harter
                              _____
                              LINDA C. HARTER
                              Chief Assistant Federal Defender
                              Attorney for Defendant
                              DONI WASHBURN

Dated: October 8, 2010        BENJAMIN B. WAGNER
                              United States Attorney


                              /s/ Matthew C. Stegman
                              _____
                              MATTHEW C. STEGMAN
                              Assistant United States  Attorney

**ORDER**

IT IS SO ORDERED.
[Because this case is classified as a "petty offense", no Speedy Trial Act considerations are applicable.

Dated: October 12,2010      /s/ Gregory G. Hollows
                            Gregory G. Hollows
                            United States Magistrate Judge