1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW C. STEGMAN
   Assistant U.S. Attorney
3  COLIN M. SCOTT
   Certified Law Clerk, Misdemeanor Unit
4  501 I Street, Suite 10-100
   Sacramento, CA  95814
5  Telephone: (916) 554-2739




8           IN THE UNITED STATES DISTRICT COURT FOR THE
9                    EASTERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,        )   2:10-MJ-0256 GGH
                                     )
12          Plaintiff,                )   MOTION AND ORDER TO DISMISS
                                     )   CASE
13     v.                             )
                                     )   DATE:  November 3, 2010
14  DONI MARIE WASHBURN,              )   TIME:  10:00 a.m.
                                     )   JUDGE: Hon. Gregory G.
15          Defendant.                )          Hollows
    _____ )

17        Pursuant to Rule 48(a) of the Federal Rules of Criminal
18  Procedure, plaintiff United States of America, by and through its
19  undersigned attorney, hereby moves this Honorable Court for an
20  Order dismissing 2:10-MJ-0256 GGH.

21  Dated: November 2, 2010              BENJAMIN B. WAGNER
                                         United States Attorney
22

23                                       By: /s/ MATTHEW C. STEGMAN
                                             MATTHEW C. STEGMAN
24                                           Assistant U.S. Attorney

25  ///
26  ///
27  ///
28  ///

1   ORDER

2   It is Hereby Ordered that the plaintiff United States of
3   America's motion to dismiss 2:10-MJ-0256 GGH is GRANTED.
4   IT IS SO ORDERED.
5   Dated: November 2, 2010



GREGORY G. HOLLOWS
_____
Hon. Gregory G. Hollows
United States Magistrate Judge